# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 20-1016**  **September Term, 2020**

FERC-CP17-40-002
FERC-CP17-40-001
FERC-CP17-40-000

**Filed On: March 8, 2021** [1888760]

Environmental Defense Fund,

       Petitioner

  v.

Federal Energy Regulatory Commission,

       Respondent

-----------------------------

Spire Missouri Inc. and Spire STL Pipeline, LLC,
       Intervenors

-----------------------------

Consolidated with 20-1017

      **BEFORE:**   Circuit Judges Tatel and Millett, and Senior Circuit Judge Edwards

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on March 8, 2021 at 9:33 a.m. The cause was heard as case No. 1 of 2 and argued before the Court by:

    Natalie M. Karas, counsel for Petitioner Environmental Defense Fund.

    Henry Robertson, counsel for Petitioner Juli Steck.

    Anand Viswanathan (FERC), counsel for Respondent FERC.

    Jonathan S. Franklin, counsel for Intervenor.

                            **FOR THE COURT:**
                            Mark J. Langer, Clerk

                BY:    /s/
                         Anne A. Rothenberger
                         Deputy Clerk